NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID D. GRIFFIN,**

*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**

*Respondent-Appellee*

---

2015-5011

---

Appeal from the United States Court of Federal Claims in No. 1:13-vv-00280-EGB, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

LISA A. ROQUEMORE, Law Office of Lisa A. Roquemore, Irvine, CA, argued for petitioner-appellant.

LARA A. ENGLUND, Vaccine/Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by JOYCE R. BRANDA, RUPA BHATTACHARYYA, VINCENT J. MATANOSKI, CATHARINE E. REEVES.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, MAYER, and LINN, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 May 11, 2015                          /s/  Daniel  E.  O'Toole
      Date                            Daniel E. O'Toole
                                      Clerk of Court